AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER: 1:05CR00125-001
DEFENDANT: YUN SHIANG-CHANG

Judgment - Page 2 of 6

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 12 2006

at \_\_ o'clock and \_\_ min. \_\_M
SUE BEITIA, CLERK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SIXTY THREE (63) MONTHS.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
1) Sheridan; 2) Lompoc; 3) 500 Hour Comprehensive Drug Treatment Program; 4) Educational Programs; 5) The defendant not be housed with persons he had cooperated against as represented by the government. The government to issue a separation order.

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at \_\_ on \_\_.
[ ] as notified by the United States Marshal.

[✔]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[✔] before 10:00 a.m. on 1/5/06.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on Jan 5, 2006 to USP Lompoc
at _____, with a certified copy of this judgment.

US DEPARTMENT OF JUSTICE
FEDERAL PRISON SYSTEM
UNITED STATES PENITENTIARY
3901 KLEIN BLVD.
LOMPOC, CA 93436

B.B. Compton/Warden
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal